**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 8, 2011.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-11-00645-CV

———————

**CHARLES RICHARD PEREZ, Appellant**

**V.**

**PRINCE METALS, L.L.C., Appellee**

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-55791**

## MEMORANDUM OPINION

This is an appeal from a judgment signed February 15, 2011. On December 1, 2011, appellant filed a motion to dismiss the appeal because the case has been settled. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges, Justices Christopher and Jamison.